UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JAVIER LOPEZ GONZALEZ,<br><br>                              Defendant. | Case No.:  18CR4462-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Sentencing Hearing is this matter is continued from December 18, 2020 to **January 22, 2021** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  December 11, 2020

Hon. Janis L. Sammartino
United States District Judge